UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2004 SEP 23 P 12: 50
U.S. DISTRICT COURT
DISTRICT OF MASS

Civil Docket Number: 04-10908 WGY

SUSAN GALLAGHER, Individually and as Co-Administratrix of the Estate of William J. Gallagher, JOHN J. GALLAGHER, Individually and as Co-Administrator of the Estate of William J. Gallagher, HALEY GALLAGHER, Individually, KELLY GALLAGHER, Individually,
          PLAINTIFFS

v.

NICHOLAS COSTELLO, in his capacity as Mayor of the City of Amesbury, DR. STEPHEN J. GERBER, in his capacity as Superintendent of Schools, RAYMOND A. TIEZZI, in his capacity as Principal of the Amesbury Middle School, JOAN LANDERS, in her capacity as the Amesbury School District's Special Education Director, MARGARET FURLONG, Individually and in her capacity as Home Economics Teacher at the Amesbury Middle School, KATHERINE J. ANKIEWICZ, Individually and in her capacity as Special Need's Aide in the Amesbury Middle School,
          DEFENDANTS

MOTION TO EXTEND TIME FOR SERVICE

     NOW COME Plaintiffs in the above-entitled action and respectfully move this Honorable Court to allow the Plaintiffs to extend the time of service pursuant to the with Fed. R. Civ.P. 4(m). As reasons therefore the plaintiffs state that:

1.     The original complaint was filed immediately prior to the expiration of the statute of limitation in order to protect the rights of plaintiffs.

2.     It had been the intended purpose of the Plaintiffs to file in accordance with Fed. R. Civ.P. 15, an Amended Complaint, one which would comply with the factual circumstances, clarity and purpose

of the rules and which would have been filed prior to services or summons. This process would have required no intervention of the court thereby saving the resources of the court at a later date.

3.  The issues which arose from the facts and circumstances indicated the need for complete and thorough research and development of issues far beyond those enumerated in the original Complaint. After research into the facts and circumstances surrounding the death of the Plaintiff, additional issues became apparent, which required significant investigation, which was ongoing.

4.  The Amended Complaint is ready for filing and for service upon the Defendants.

5.  Inadvertently, computation of the time in which to file a summons had been miscalculated. As a result, the time for service in accordance with the service of the rule has lapsed. There will be no prejudice to the defendants by the allowance of this motion.

Wherefore the Plaintiff's request this court grant this motion and permit it to effect service on or before December 1, 2004.

Date: September 22, 2004

Plaintiffs,
By their Attorney,

_____
Anthony M. Fredella
34 Atlantic Street
Gloucester, MA 01930-1625
Telephone: 978-281-5393
Fax: 978-282-4384
B.B.O. No.: 178160