UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
2004 SEP 23 P 12: 50
US DISTRICT COURT
DISTRICT OF MASS

Civil Docket Number: 04 10908 WGY

SUSAN GALLAGHER, Individually and as Co-Administratrix of the Estate of William J. Gallagher, JOHN J. GALLAGHER, Individually and as Co-Administrator of the Estate of William J. Gallagher, HALEY GALLAGHER, Individually, KELLY GALLAGHER, Individually,
          PLAINTIFFS

v.

NICHOLAS COSTELLO, in his capacity as Mayor of the City of Amesbury, DR. STEPHEN J. GERBER, in his capacity as Superintendent of Schools, RAYMOND A. TIEZZI, in his capacity as Principal of the Amesbury Middle School, JOAN LANDERS, in her capacity as the Amesbury School District's Special Education Director, MARGARET FURLONG, Individually and in her capacity as Home Economics Teacher at the Amesbury Middle School, KATHERINE J. ANKIEWICZ, Individually and in her capacity as Special Need's Aide in the Amesbury Middle School,
          DEFENDANTS

<u>AFFIDAVIT TO SUPPORT PLAINTIFFS' MOTION TO EXTEND TIME FOR SERVICE</u>

    I, Anthony M. Fredella, hereby make and swear upon oath that:

1. On May 9, 2004 the statutes of limitations would have tolled on the above-referenced matter

2. On May 7, 2004 I filed the original Complaint in order to protect the rights of the Plaintiffs.

3. Due to the fact that the issues which arose from the facts and circumstances indicated the need for complete and thorough research and development of issues far beyond those enumerated in the original Complaint.

4. It had been the my intended purpose to file in accordance with Fed. R. Civ.P. 15, an Amended Complaint, one which would comply with the factual circumstances, clarity and purpose of the rules and which would have been filed prior to services or summons.

5. After researching the facts and circumstances surrounding the death of the Plaintiff, additional issues became apparent, which required significant investigation. This investigation has been ongoing.

6. Inadvertently, the time in which to file a summons had been miscalculated. As a result, the time for service in accordance with the service of the rule has lapsed.

7. There will be no prejudice to the defendants by the allowance of this motion.

8. The Amended Complaint is now ready for filing and for service upon the Defendants.

Signed under the pains and penalty of perjury this 22nd day of September, 2004.

Plaintiffs,
By their Attorney,

*[signature]*

Anthony M. Fredella
34 Atlantic Street
Gloucester, MA 01930-1625
Telephone: 978-281-5393
Fax: 978-282-4384
B.B.O. No.: 178160