UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10908-WGY

| | |
|---|---|
| SUSAN GALLAGHER, Individually and as Administratrix of the Estate of William J. Gallagher, JOHN J. GALLAGHER, Individually and as Administrator of the Estate of William J. Gallagher, HALEY GALLAGHER, Individually, KELLY GALLAGHER, Individually,<br><br>Plaintiffs<br><br>v.<br><br>NICHOLAS COSTELLO, in His Capacity as Mayor of the City of Amesbury, DR. STEPHEN J. GERBER, in His Capacity as Superintendent of Schools, RAYMOND A. TIEZZI, in His Capacity as Principal of the Amesbury Middle School, JOAN LANDERS, in Her Capacity as the Amesbury School District's Special Education Director, MARGARET FURLONG, in Her Capacity as Home Economics Teacher at the Amesbury Middle School, KATHERINE J. ANKIEWICZ, in Her Capacity as Special Needs Aides in the Amesbury Middle School,<br><br>Defendants | CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2) |

Pursuant to Local Rule 7.1(A)(2) of the United States District Court for the District of Massachusetts, defendants' counsel hereby certifies that on November 29, 2004, she conferred with plaintiffs' counsel regarding Defendant's Motion to Dismiss the Amended Complaint. Plaintiffs' counsel indicated that he opposed said motion.

DEFENDANTS,

By their attorneys,

/s/Jackie Cowin_____
Joseph L. Tehan (BBO# 494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

237463/METG/0409