UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10908-WGY

| | |
|---|---|
| SUSAN GALLAGHER, Individually and as Administratrix of the Estate of William J. Gallagher, JOHN J. GALLAGHER, Individually and as Administrator of the Estate of William J. Gallagher, HALEY GALLAGHER, Individually, KELLY GALLAGHER, Individually,<br><br>　　　　　　　　　Plaintiffs<br>v.<br><br>NICHOLAS COSTELLO, in His Capacity as Mayor of the City of Amesbury, DR. STEPHEN J. GERBER, in His Capacity as Superintendent of Schools, RAYMOND A. TIEZZI, in His Capacity as Principal of the Amesbury Middle School, JOAN LANDERS, in Her Capacity as the Amesbury School District's Special Education Director, MARGARET FURLONG, in Her Capacity as Home Economics Teacher at the Amesbury Middle School, KATHERINE J. ANKIEWICZ, in Her Capacity as Special Needs Aides in the Amesbury Middle School,<br><br>　　　　　　　　　Defendants | DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT |

Now come the defendants in the above-captioned matter, and hereby move that this Honorable Court dismiss the Amended Complaint in the above-captioned action. As grounds therefor, defendants state that the Amended Complaint is duplicative of a complaint that was previously filed and is pending in the Essex Superior Court, and thus should be dismissed on grounds of judicial economy and pursuant to the doctrine against claim splitting.  As further grounds therefor, defendants rely on the within Memorandum of Reasons.

MEMORANDUM OF REASONS

1. In this action, plaintiffs seek relief, <u>inter alia</u>, for the alleged wrongful death of plaintiffs' decedent, William J. Gallagher.

2. The original complaint in this case was filed on May 7, 2004, but never served on defendants. An Amended Complaint was filed on September 23, 2004 and served on defendants on November 18, 2004.

3. On February 20, 2003 (nearly 15 months prior to filing the original complaint in this Court) plaintiffs filed a complaint in the Essex Superior Court, seeking relief, <u>inter alia</u>, for the alleged wrongful death of their decedent, William J. Gallagher. <u>See</u> Docket for <u>Susan Gallagher, et al</u>. v. <u>Nicholas Costello, Essex Superior Court C.A. No. 2003-00351</u> (attached hereto as Exhibit A).

4. Plaintiffs have twice amended the complaint that is pending in the Essex Superior Court. <u>Exhibit A</u>, Docket Entry Nos. 11 and 13.[1]

5. The Second Amended Complaint pending in the Essex Superior Court is <u>identical</u>, <u>in all respects</u>, to the Amended Complaint pending in this Court. A copy of the Second Amended Complaint is attached hereto as Exhibit B.

6. The doctrine of claim preclusion bars plaintiffs from filing duplicative complaints in this manner. <u>See, e.g.</u>, <u>Integrated Technologies Ltd</u>. v. <u>Biochem Immunosystems, (U.S.) Inc</u>., 2 F.Supp.2d 97, 105 (Woodlock, J. 1998) (noting that "there is precedent for the dismissal of a second-filed case on grounds of judicial economy and 'claim splitting,' where the case with which it was transactionally related and on which the

---

[1] On November 8, 2004 defendants served upon plaintiffs (pursuant to Massachusetts Superior Court Rule 9A) a Partial Motion to Dismiss the Second Amended Complaint. <u>Exhibit A</u>, Docket Entry No. 15. Plaintiffs served an opposition to the motion and said motion is pending in the Superior Court.

dismissal was based was still pending in another court); Muldoon v. Maloney, 230 F.3d 1347 (1st Cir 2000) (unpublished) (affirming dismissal of complaint that was identical to a complaint plaintiff had previously filed and was pursuing in a separate, pending action).

7. Because the Amended Complaint pending in this Court is duplicative of a complaint that plaintiffs previously filed and are pursuing in a separate, pending action in the Essex Superior Court, the Amended Complaint pending in this Court should be dismissed on grounds of judicial economy, and pursuant to the doctrine against claim splitting.

WHEREFORE, the defendants respectfully request that this Honorable Court dismiss the Amended Complaint in its entirety.

DEFENDANTS,

By their attorneys,

/s/Joseph L. Tehan, Jr.
Joseph L. Tehan, Jr. (BBO #494020)
Jackie Cowin (BBO# 655880)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA  02116
(617) 556-0007

237398/METG/0409