%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

SUSAN GALLAGHER, Individually and as Co-Administratrix of the Estate of William J. Gallagher, JOHN GALLAGHER, Individually and as Co-Administrator of the Estate of William J. Gallagher, HALEY GALLAGHER, Individually, KELLY GALLAGHER, Individually,
PLAINTIFFS

NICHOLAS COSTELLO, in his capacity as Mayor of the City of Amesbury, DR. STEPHAN J. GERBER, in his capacity as Superintendent of Schools, RAYMOND A. TIEZZI, in his capacity as Principal of the Amesbury Middle School, JOAN LANDERS, in her capacity as the Amesbury School District's Special Education Director, MARGARET FURLONG, Individually and in her capacity as Home Economics Teacher at the Amesbury Middle School, KATHERINE J. ANKIEWICZ, Individually and in her capacity as Special Needs Aide in the Amesbury Middle School.
DEFENDANTS

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

TO: (Name and address of Defendant)

JOAN LANDERS
c/o David Hilt
Mayor of Amesbury
62 Friend Street
Amesbury, MA 01913-2886

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Anthony M. Fredella
Karen A. Gallagher
34 Atlantic Street
Gloucester, MA 01930-1625

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

(By) DEPUTY CLERK

DATE  NOV 1 7 2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE



**Essex County Sheriff's Department** • PO Box 2019 • Salem. MA 01970 • 978-750-1900 ext. 3590

*Essex, ss.*

November 30, 2004

I hereby certify and return that on 11/29/2004 at 03:40 pm I served a true and attested copy of the summons and first amended complaint with exhibit A in this action in the following manner: To wit, by delivering in hand to Donna Matsis, Mayor's Secretary, agent, person in charge at the time of service for JOAN LANDERS. 62 Friend Street C/O David Hilt, Mayor of Amesbury, Amesbury, MA 01913. Basic Service Fee ($30.00), Postage and Handling ($1.00), Copies ($5.00) Total Charges $36.00

Deputy Sheriff Robert Andrews

Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              *Signature of Server*

                                         _____
                                                  *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.