# Anthony M. Fredella

Attorney at Law
34 Atlantic Street, Gloucester, Massachusetts 01930-1625
Telephone: 978/281-5393   •   Facsimile: 978/282-4384   •   E-mail: kag@shore.net

January 17, 2005

Chief Justice William G. Young
United States District Court
For the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

Attn:   Ms. Smith

Re:   Estate of William J. Gallagher, et al v. Nicholas Costello, (Town of Amesbury) et al
       U.S. Superior Court, Civil Action No.: 04 10908 WGY

Dear Ms. Smith:

Please be advised that Attorney Fredella and I have decided not to consent to the appointment of a United States Magistrate Judge to oversee the above-captioned matter.

Sincerely,

Karen A. Gallagher

Copy:   Jackie Cowin
        Attorney at Law
        Kopelman and Paige, P. C.
        31 St. James Avenue
        Boston, MA 02116-4102