UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10908-WGY

FILED
IN CLERKS OFFICE
2005 JAN 26 P 3: 22
U.S. DISTRICT COURT
DISTRICT OF MASS.

SUSAN GALLAGHER, Individually and as Administratrix of the Estate of William J. Gallagher, JOHN J. GALLAGHER, Individually and as Administrator of the Estate of William J. Gallagher, HALEY GALLAGHER, Individually, KELLY GALLAGHER, Individually,

Plaintiffs

v.

NICHOLAS COSTELLO, in His Capacity as Mayor of the City of Amesbury, DR. STEPHEN J. GERBER, in His Capacity as Superintendent of Schools, RAYMOND A. TIEZZI, in His Capacity as Principal of the Amesbury Middle School, JOAN LANDERS, in Her Capacity as the Amesbury School District's Special Education Director, MARGARET FURLONG, in Her Capacity as Home Economics Teacher at the Amesbury Middle School, KATHERINE J. ANKIEWICZ, in Her Capacity as Special Needs Aides in the Amesbury Middle School,

Defendants

JOINT SCHEDULING STATEMENT

Jan 31, 2005
YOUNG, D.J.  modified
So ordered as the case is a scheduling order.
Discovery due Jun 21, 2005
Dispositive Motions due July 12, 2005

William G. Young
U.S. District Judge

Pursuant to L.R. 16.1(D), counsel for the parties have conferred and state as follows:

I.   PROPOSED SCHEDULING ORDER

The parties propose the following pre-trial schedule:

A.   Automatic Disclosures to be completed on or before February 11, 2005;

B.   All written discovery to be served on or before February 21, 2005.

C.   Depositions of fact witnesses to be completed by April 30, 2005.

D.   Plaintiffs' expert witnesses shall be designated by May 15, 2005; defendants' expert witnesses shall be designated by May 30, 2005. All expert depositions shall be completed by June 21, 2005.

    E.    All dispositive motions are to be filed on or before July 12, 2005.

~~F.    A Rule 56 hearing, if necessary/pre-trial conference will be held on August 22, 2005.~~

    G.    Jury Trial set for running trial list as of September 6, 2005.

## CERTIFICATIONS

    H.    L.R. 16.1 certifications of conferral will be filed separately.

## ALTERNATIVE DISPUTE RESOLUTION

    I.    The parties consider this case appropriate for alternative dispute resolution.

| PLAINTIFFS | DEFENDANTS, |
|---|---|
| By their attorney, | By their attorneys, |
| /s/Anthony M. Fredella | /s/Jackie Cowin |
| Anthony M. Fredella (BBO# 178160) | Joseph L. Tehan, Jr. (BBO# 494020) |
| 34 Atlantic Street | Jackie Cowin (BBO# 655880) |
| Gloucester, MA 01930 | Kopelman and Paige, P.C. |
| (978) 281-5393 | 31 St. James Avenue |
|  | Boston, MA 02116 |
|  | (617) 556-0007 |

241530/METG/0409