UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10908-WGY

| | |
|---|---|
| SUSAN GALLAGHER, Individually and as Administratrix of the Estate of William J. Gallagher, JOHN J. GALLAGHER, Individually and as Administrator of the Estate of William J. Gallagher, HALEY GALLAGHER, Individually, KELLY GALLAGHER, Individually,<br><br>     Plaintiffs<br>v.<br><br>NICHOLAS COSTELLO, in His Capacity as Mayor of the City of Amesbury, DR. STEPHEN J. GERBER, in His Capacity as Superintendent of Schools, RAYMOND A. TIEZZI, in His Capacity as Principal of the Amesbury Middle School, JOAN LANDERS, in Her Capacity as the Amesbury School District's Special Education Director, MARGARET FURLONG, in Her Capacity as Home Economics Teacher at the Amesbury Middle School, KATHERINE J. ANKIEWICZ, in Her Capacity as Special Needs Aides in the Amesbury Middle School,<br><br>     Defendants | JOINT MOTION FOR REFERRAL TO ALTERNATIVE DISPUTE RESOLUTION PROGRAM |

  Now come the parties to the above-captioned action, and hereby respectfully request that this Court refer this case for Alternative Dispute Resolution at the earliest possible date. As grounds therefor, the parties state that they consider this case amenable to mediation, and seek to engage in such mediation prior to engaging in extensive discovery. The parties further state that they seek a mediation date as early as possible, as the Scheduling Order in this case provides for a short discovery period which began in February, 2005, and concludes in June, 2005, and, further, provides for a trial to be held in September, 2005.

WHEREFORE, the parties hereby respectfully request that this Court refer this case for Alternative Dispute Resolution at the earliest possible date.

| PLAINTIFFS | DEFENDANTS, |
|---|---|
| By their attorney, | By their attorneys, |
| /s/ Anthony M. Fredella/jc | /s/ Jackie Cowin |
| Anthony M. Fredella (BBO# 178160) | Joseph L. Tehan, Jr. (BBO# 494020) |
| 34 Atlantic Street | Jackie Cowin (BBO# 655880) |
| Gloucester, MA  01930 | Kopelman and Paige, P.C. |
| (978) 281-5393 | 31 St. James Avenue |
|  | Boston, MA 02116 |
|  | (617) 556-0007 |

243755/METG/0409