UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_Gallagher, et al_
Plaintiff(s)

v.

_Costello, et al_
Defendant(s)

CIVIL ACTION

NO. _04cv 10908-WGY_

## ORDER OF REFERENCE FOR ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to _ADR - ASAP_ for the following ADR program:

____ EARLY NEUTRAL EVALUATION     ✓ MEDIATION
____ MINI-TRIAL                    ____ SUMMARY JURY TRIAL
____ SETTLEMENT CONFERENCE         ____ SPECIAL MASTER
____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

_2/17/05_
DATE

_WGY_
UNITED STATES DISTRICT JUDGE

## CASE CATEGORY

Antitrust                          ____    Bankruptcy              ____
Civil Rights                       ____    Contract                ____
Copyright/Trademark/Patent         ____    Environmental           ____
ERISA                              ____    FELA                    ____
Labor Relations                    ____    Medical Malpractice     ____
Personal Injury                    ____    Product Liability       ____
Shareholder Dispute                ____    Social Security         ____
Other

(adrrefl.ord - 3/94)

(orefadr.)