LEONARD KOPELMAN
DONALD G. PAIGE
ELIZABETH A. LANE
JOYCE FRANK
JOHN W. GIORGIO
BARBARA J. SAINT ANDRE
JOEL B. BARD
JOSEPH L. TEHAN, JR.
THERESA M. DOWDY
DEBORAH A. ELIASON
RICHARD BOWEN
DAVID J. DONESKI
JUDITH C. CUTLER
KATHLEEN E. CONNOLLY
DAVID C. JENKINS
MARK R. REICH
BRIAN W. RILEY
DARREN R. KLEIN
JONATHAN M. SILVERSTEIN
ANNE-MARIE M. HYLAND
JASON R. TALERMAN
GEORGE X. PUCCI

EDWARD M. REILLY
DIRECTOR WESTERN OFFICE

KOPELMAN AND PAIGE, P. C.
ATTORNEYS AT LAW
31 ST. JAMES AVENUE
BOSTON, MASSACHUSETTS 02116-4102

(617) 556-0007
FAX (617) 654-1735

PITTSFIELD OFFICE
(413) 443-6100

NORTHAMPTON OFFICE
(413) 585-8632

WORCESTER OFFICE
(508) 752-0203

WILLIAM HEWIG III
JEANNE S. McKNIGHT
KATHLEEN M. O'DONNELL
PATRICIA A. CANTOR
THOMAS P. LANE, JR.
MARY L. GIORGIO
MICHELE E. RANDAZZO
THOMAS W. MCENANEY
KATHARINE GOREE DOYLE
LAUREN F. GOLDBERG
JEFFREY A. HONIG
GREGG J. CORBO
RICHARD T. HOLLAND
ELIZABETH R. CORBO
MARIA C. ROTA
VICKI S. MARSH
JOHN J. GOLDROSEN
SHIRIN EVERETT
BRIAN E. GLENNON, II
JONATHAN D. EICHMAN
JOSEPH S. FAIR
LAURA H. PAWLE
CAROLYN M. MURRAY
JACKIE COWIN
SARAH N. TURNER
JEFFREY T. BLAKE
R. ERIC SLAGLE
CAROLYN KELLY MACWILLIAM

May 17, 2005

COURTESY COPY – DO NOT SCAN

Honorable Marianne B. Bowler
U.S. District Court
District of Massachusetts
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Karen A. Gallagher, et al. v. Nicholas Costello, et al.
      U.S. District Court, C.A. No. 04-10908-WGY

Dear Judge Bowler:

Please consider this a status report on the above-captioned case, per the May 11, 2005 request of Ms. Saccoccio. As you are aware, with your assistance through the Court's Alternative Dispute Resolution program, the parties reached an agreement in principle to settle this matter. As you may recall, an issue arose during the April 4, 2005 mediation regarding insurance coverage for such an agreement. This issue has been resolved.

However, consummation of a settlement agreement awaits the appointment of the plaintiff-parents as Administrators of the estate of the minor plaintiff-decedent. To this end, the plaintiff-parents have petitioned the Essex County Probate Court for appointment. Once the appointment is obtained, the parties expect to request a Settlement Approval Conference, due to the presence of minor plaintiffs in this action.

Please do not hesitate to contact us if you need further information.

Very truly yours,

Jackie Cowin

Anthony M. Fredella /jr

JC/cmt
cc:   Honorable William G. Young

251246/METG/0409