**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>SUSAN GALLAGHER, ET AL</u>
    Plaintiff(s)

       v.

CIVIL ACTION NO. <u>04-10908-WGY</u>

<u>NICHOLAS COSTELLO, ET AL</u>
    Defendant(s)

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

<u>TO CHIEF JUDGE YOUNG</u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On <u>April 4, 2005</u>, I held the following ADR proceeding:

    _____ SCREENING CONFERENCE    _____ EARLY NEUTRAL EVALUATION

    __X__ MEDIATION    _____ SUMMARY BENCH / JURY TRIAL

    _____ MINI-TRIAL    _____ SETTLEMENT CONFERENCE

    All parties were represented by counsel [except _____]

    The parties were / were not present in person or by authorized corporate officer [except _____].

    The case was:

[X]    Settled. Your clerk should enter a <u>60</u> day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]

<u>May 26, 2005</u>                              /s/ Marianne B. Bowler
DATE                                           ADR Provider
                                                   MARIANNE B. BOWLER, U.S.M.J.

(ADRreport.wpd - 4/12/2000)                                           [adrrpt.]