UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10908-WGY

SUSAN GALLAGHER, Individually and as Administratrix of the Estate of William J. Gallagher, JOHN J. GALLAGHER, Individually and as Administrator of the Estate of William J. Gallagher, HALEY GALLAGHER, Individually, KELLY GALLAGHER, Individually,

          Plaintiffs

v.

NICHOLAS COSTELLO, in His Capacity as Mayor of the City of Amesbury, DR. STEPHEN J. GERBER, in His Capacity as Superintendent of Schools, RAYMOND A. TIEZZI, in His Capacity as Principal of the Amesbury Middle School, JOAN LANDERS, in Her Capacity as the Amesbury School District's Special Education Director, MARGARET FURLONG, Individually and in Her Capacity as Home Economics Teacher at the Amesbury Middle School, KATHERINE J. ANKIEWICZ, Individually and in Her Capacity as Special Needs Aides in the Amesbury Middle School,

          Defendants

JOINT MOTION FOR SETTLEMENT APPROVAL CONFERENCE

Now come the parties to the above-captioned action, and hereby respectfully request that this Court hold a Settlement Approval Conference. As grounds therefor, the parties state as follows:

1. This is a wrongful death action arising from the death of William J. Gallagher.

2. Plaintiffs Susan Gallagher and John J. Gallagher are the duly-appointed administrators of the estate of William J. Gallagher.

3. Plaintiffs Haley Gallagher and Kelly Gallagher are minors.

4.   With the assistance of the Court's Alternative Dispute Resolution Program, the parties have reached an agreement to settle this matter. A *nisi* order is currently pending.

5.   Due to the minor status of plaintiffs Haley Gallagher and Kelly Gallagher, and to ensure settlement approval by the estate of the minor decedent, the parties wish to obtain Court approval of their settlement terms.

6.   Therefore, the parties request that the Court hold a Settlement Approval Conference, at which the parties will present an executed Stipulation of Dismissal for the Court's consideration and approval.

WHEREFORE, the parties hereby respectfully request that this Court hold a Settlement Approval Conference in this matter.

| PLAINTIFFS | DEFENDANTS, |
|---|---|
| By their attorney, | By their attorneys, |
| /s/ Anthony M. Fredella/jc | /s/Jackie Cowin |
| Anthony M. Fredella (BBO# 178160) | Joseph L. Tehan, Jr. (BBO# 494020) |
| 34 Atlantic Street | Jackie Cowin (BBO# 655880) |
| Gloucester, MA 01930 | Kopelman and Paige, P.C. |
| (978) 281-5393 | 31 St. James Avenue |
|  | Boston, MA 02116 |
|  | (617) 556-0007 |

252345/METG/0409