UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 04-10908-WGY

SUSAN GALLAGHER, Individually and as Administratrix of the Estate of William J. Gallagher, JOHN J. GALLAGHER, Individually and as Administrator of the Estate of William J. Gallagher, HALEY GALLAGHER, Individually, KELLY GALLAGHER, Individually,

           Plaintiffs

v.

NICHOLAS COSTELLO, in His Capacity as Mayor of the City of Amesbury, DR. STEPHEN J. GERBER, in His Capacity as Superintendent of Schools, RAYMOND A. TIEZZI, in His Capacity as Principal of the Amesbury Middle School, JOAN LANDERS, in Her Capacity as the Amesbury School District's Special Education Director, MARGARET FURLONG, Individually and in Her Capacity as Home Economics Teacher at the Amesbury Middle School, KATHERINE J. ANKIEWICZ, Individually and in Her Capacity as Special Needs Aides in the Amesbury Middle School,

           Defendants

FILED
In Open Court
USDC, Mass
Date _____
By _____
Deputy Clerk

STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties to the above-captioned matter and, pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate to the dismissal of the Amended Complaint in the above-captioned matter, with prejudice, without interest, fees or costs to any party, and with all parties waiving any rights of appeal.

| PLAINTIFFS | DEFENDANTS, |
|---|---|
| By their attorney,<br><br>_[signature]_<br>Anthony M. Fredella (BBO# 178160)<br>34 Atlantic Street<br>Gloucester, MA 01930<br>(978) 281-5393 | By their attorneys,<br><br>_[signature]_<br>Joseph L. Tehan, Jr. (BBO# 494020)<br>Jackie Cowin (BBO# 655880)<br>Kopelman and Paige, P.C.<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

253465/METG/0409